UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
MAY - 4 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )   No.
v.                         )
                           )
JOSEPH ZARKY,              )   4:22-cr-00263-AGF/SRW
                           )
        Defendant.         )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 28, 2021, in St. Louis County, within the Eastern District of Missouri,

**JOSEPH ZARKY,**

the Defendant herein, knowing he had previously been committed to a mental institution, knowingly possessed one or more firearms that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(4).

### COUNT TWO

The Grand Jury further charges that:

On or about January 29, 2022, in St. Louis County, within the Eastern District of Missouri,

**JOSEPH ZARKY,**

the Defendant herein, knowing he had previously been committed to a mental institution, knowingly possessed one or more firearms that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(4).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney